

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00263-CV

| | | |
|---|---|---|
| MAY HA GOETSCH, A.C.N.P.; ALVIN UCHENNA ANENE, M.D.; JAGADESHWAR REDDY, M.D.; SATHISHKUMAR SEELIYUR DURAISWAMY, M.D.; BRANT ERWIN, APRN, AGACNP-BC; JAY ARVIND PATEL, D.O.; BAYLOR ALL SAINTS MEDICAL CENTER; AND CENTURY INTEGRATED PARTNERS, INC., Appellants | § §<br><br>§<br><br><br>§ | On Appeal from the 141st District Court<br><br>of Tarrant County (141-307517-19)<br><br><br>February 25, 2021 |
| v. | § | |
| DEANNA ROLLS, INDIVIDUALLY AND AS WRONGFUL DEATH BENEFICIARY OF DAVID ROLLS, DECEASED, AND AS REPRESENTATIVE OF THE ESTATE OF DAVID ROLLS, DECEASED; AND WANDA YATES, Appellees | § | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no reversible error in the trial court's order. It is ordered that the trial court's order is affirmed.

It is further ordered that Appellants shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
     Justice Brian Walker